IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOEY ALAN GRIZZELL, AIS 297073,<br><br>Petitioner,<br><br>v.<br><br>STATE OF ALABAMA; JEFFERY BALDWIN, Warden; and STEVEN T. MARSHALL, Attorney General of the State of Alabama,<br><br>Respondents. | CASE NO. 2:21-CV-318-WKW<br>[WO] |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 11.) The Recommendation concludes that Petitioner filed his 28 U.S.C. § 2254 motion more than three years outside the statute of limitations and recommends that the court deny the motion as untimely under 28 U.S.C. § 2244(d)(1)(A). (Doc. # 11 at 7–8.) The deadline for the parties to object has expired (Doc. # 11 at 8), and no objections have been received. (Doc. # 11 at 8.) Upon an independent review of the record, it is ORDERED that the Recommendation (Doc. # 11) is ADOPTED and that this action is DISMISSED with prejudice.

DONE this 9th day of December, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE